1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Jaime Mojica-Gonzalez

6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10                            **(HONORABLE JAN M. ADLER)**

11 | UNITED STATES OF AMERICA,        )   Case No. 08mj0204
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )   **CERTIFICATE OF SERVICE**
                                      )
14 | JAIME MOJICA-GONZALEZ,            )
                                      )
15 |         Defendant.                )
   |_____ )
16

17         Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                              U.S. Attorney CR
                            Efile.dkt.gc2@usdoj.gov
19

20                                              Respectfully submitted,

21

22 DATED:     January 28, 2008              /s/ Elizabeth M. Barros
                                            **ELIZABETH M. BARROS**
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Jaime Mojica-Gonzalez
24

25

26

27

28